

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00350-CV

## Trial Court No. 87-12099

**Anthony Gozdowski**

**Vs.**

**T.D.C.J.-I.D., Larry Berger, Mark Sandlin, Michael Odom and Preston Maxwell**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Required Texas.gov efiling fee | $20.00 | Indigent |
| Filing | $100.00 | Indigent |
| Supreme Court chapter 51 fee | $50.00 | Indigent |
| Indigent | $25.00 | Indigent |
| | | ☐ |
| **TOTAL:** | $195.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 7th day of April 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk